

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00444-CV

## IN THE INTEREST OF J.B.C., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 87326D**

## MEMORANDUM  OPINION

Appellant C.M.C. and Appellee M.S.W. have filed a "Joint Motion for Disposition of Appeal Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A)."  *See* TEX. R. APP. P. 42.1(a)(2)(A).  The parties state that they have reached an agreement resolving the matters that are disputed in this appeal and request that we render judgment effectuating that agreement.  The parties have agreed to the disposition of this appeal as follows:

- Paragraph 6 on page 13 of the judgment signed on September 27, 2016 by the trial court shall be modified to read as follows:  "Designation of Competent Adult – Each conservator may designate any competent adult to pick up and return the child, as

applicable.  IT IS ORDERED that a conservator or a designated competent adult be present when the child is picked up or returned."

- Paragraph 9 on page 13 of the judgment signed on September 27, 2016 by the trial court shall be modified to read as follows:  "All discussions relating to possession and any related arrangements for the child shall be between [C.M.C.] and [M.S.W.] only and neither party shall involve third parties in such discussions."

- The judgment signed on September 27, 2016 by the trial court shall be affirmed as modified.

- All costs will be taxed against C.M.C.

We grant the parties' joint motion.  We modify paragraph 6 on page 13 of the trial court's Order in Suit Affecting the Parent-Child Relationship, signed on September 27, 2016, to read as follows:  "Designation of Competent Adult – Each conservator may designate any competent adult to pick up and return the child, as applicable.  IT IS ORDERED that a conservator or a designated competent adult be present when the child is picked up or returned."  We also modify paragraph 9 on page 13 of the trial court's Order in Suit Affecting the Parent-Child Relationship, signed on September 27, 2016, to read as follows:  "All discussions relating to possession and any related arrangements for the child shall be between [C.M.C.] and [M.S.W.] only and neither party shall involve third parties in such discussions."  We affirm the trial court's Order in Suit Affecting the Parent-Child Relationship as modified.  Costs are taxed against C.M.C.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; affirmed as modified
Opinion delivered and filed March 15, 2017
[CV06]

